UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AMOS N. JONES,<br><br>    Plaintiff,<br><br>v.<br><br>CAMPBELL UNIVERSITY, et. al.,<br><br>    Defendants. | Case No. 5:20-cv-00029-BO |

## MOTION TO DEPOSIT PROPERTY BY DEFENDANT CAMPBELL UNIVERSITY, INCORPORATED

Defendant, Campbell University, Incorporated, ("Campbell") hereby moves for an order granting it leave to deposit with the court certain property that is within its possession that is owned by the Plaintiff Amos Jones. *See* Rule 67, Fed.R.Civ.P.

In the alternative, Campbell moves the Court for an order directing Jones to retrieve his property from Campbell at a mutually convenient time or for such other direction that the Court may deem fair and equitable regarding the disposal of Jones's property.

Campbell is filing a separate memorandum in support of this motion.

Respectfully submitted, this the 4th day of August, 2020.

                          OGLETREE, DEAKINS, NASH
                          SMOAK & STEWART, P.C.

                          /s/Regina W. Calabro
                          Thomas A. Farr (N.C. Bar No. 10871)
                          Regina W. Calabro (N.C. Bar No. 20889)
                          Alyssa M. Riggins (N.C. Bar No. 52366)
                          8529 Six Forks Road,
                          Forum IV, Suite 600
                          Raleigh, North Carolina 27615
                          Telephone: (919) 787-9700
                          Facsimile: (919) 783-9412

*Attorneys for Campbell Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was electronically filed via the Court's ECF filing system which will notify the registered counsel listed below:

>Jeremy Denton Adams
>BA Folk, PLLC
>500 Centregreen Way, Suite 500
>Cary, NC  27513
>919.825.1250
>jadams@bafolk.com
>
>Karen M. Suber
>Attune
>300 E. 40th Street, Suite 33K
>New York, NY 10016
>917.763.6130
>Karen.suber@attunecapitalgroup.com
>
>*Attorneys for Plaintiff*

This, the 4th day of August, 2020

>OGLETREE, DEAKINS, NASH
>SMOAK & STEWART, P.C.
>
>/s/Regina W. Calabro
>Regina W. Calabro (N.C. Bar No. 20889)
>Thomas A. Farr (N.C. Bar. No. 10871)
>Alyssa M. Riggins (N.C. Bar No. 52366)
>8529 Six Forks Road,
>Forum IV, Suite 600
>Raleigh, North Carolina 27615
>Telephone:  (919) 787-9700
>Facsimile:  (919) 783-9412
>*Attorneys for Campbell Defendants*

43747338.1