UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION
FILE NO.: 5:20-cv-00029-BO

AMOS N. JONES,

    *Plaintiff,*

v.

CAMPBELL UNIVERSITY, *et al.*,

    *Defendants.*

## ORDER

This matter is before the Court on Defendants' Motion to Disburse Bond. Plaintiff opposes Defendants' requested relief.

Pursuant to Fed. R. Civ. P. 62 and this Court's previous order granting Plaintiff's motion to stay the judgment in this matter [DE 211], the Court finds that the conditions for lifting the stay of the judgment have been met and the motion to disburse bond [DE 218] is GRANTED. The Court hereby lifts the stay and directs the Clerk of Court to satisfy the judgment by disbursing Plaintiff's bond to Defendant Campbell University in its entirety. The United States Supreme Court has denied plaintiff's petition for writ of certiorari and his motion to stay [DE 220] is DENIED AS MOOT.

The Clerk of Court shall issue a payment in the amount of $7,021.38 made payable to Campbell University and mail said check to the attention of Gina Calabro, Esq., General Counsel, Campbell University, P.O. Box 114, Buies Creek, NC 27506.

This the 4 day of October, 2023.

*/s/ Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE